order affirming the judgment pursuant to Rule 84.16(b).

Destiny CULVER, by her next friend David ANDREWS, and David A. Andrews, Respondents,

v.

Carol CULVER, Appellant.

No. 69921.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 25, 1997.

Michael A. Forst, St. Louis, for appellant.

William B. Gillespie, Clayton, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Mother appeals the judgment modifying a paternity decree and transferring custody of the child to father. We affirm. The judgment is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

STATE of Missouri, Plaintiff–Respondent,

v.

Andy D. TAYLOR, Defendant–Appellant.

Andy D. TAYLOR, Movant–Appellant,

v.

STATE of Missouri, Respondent–Respondent.

Nos. 69391, 70989.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 25, 1997.

Gary E. Brotherton, Asst. Public Defender, Columbia, for appellant.

Andy D. Taylor, Pacific, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Defendant appeals the judgment upon his conviction by a jury of one count of first-degree assault, § 565.050, RSMo 1994, and one count of armed criminal action, § 571.015, RSMo 1994, for which he was sentenced as a prior offender to two concurrent terms of life imprisonment to be served consecutively with a previous, unrelated sentence. Defendant also appeals the denial of his Rule 29.15 motion for post-conviction relief. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential

value. The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).